**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

IN RE: MB RITZ, LLC                              CASE NO.: 25-22396-CLC
                                                 Chapter 11

      Debtor
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW, Owei Z. Belleh, Esq. and the Belleh Law Group, PLLC, attorneys for INTERESTED PARTY, KIMBERLY DALIUS, and hereby enters a notice of appearance in the above-styled action. In accordance with Section 1109(b) of the United States Bankruptcy Code, Rule 2002 of the Federal Rules of Bankruptcy Procedure and Local Rule 2002-1, the undersigned hereby requests that all notices given and required to be given and all papers required to be served in this case, be given and served upon the undersigned attorney. Pursuant to Bankruptcy Rule 9010(b) undersigned respectfully requests the following be added to the Court's mailing matrix prepared in connection with this case:

Owei Z. Belleh, Esq.
THE BELLEH LAW GROUP
First Horizon Financial Center
150 S. Pine Island Road Suite 300
Plantation, Florida 33324
owei@bellehlaw.com; bankruptcy@bellehlaw.com
Tel/Facsimile: (888) 450-7999

## CERTIFICATE OF SERVICE

I certify that a true copy of the forgoing Notice has been served via electronic transmission to all Counsels of record; Trustee; **USTPRegion21.MM.ECF@usdoj.gov**; Ariel Sagre, Esq., Attorney for Debtor, law@sagrelaw.com and/or First Class U.S. Mail to all Parties of Interest on the attached mailing matrix, on this 10th day of November 2025.

                                    */s/ Owei Z. Belleh*
                                    Owei Z. Belleh
                                    FBN.: 617598
                                    THE BELLEH LAW GROUP, PLLC
                                    150 S. Pine Island Road Suite 300
                                    Planation, Florida 33324
                                    owei@bellehlaw.com; bankruptcy@bellehlaw.com
                                    Tel/Facsimile: (888) 450-7999
                                    Attorney for Kimberly Dalius